IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02233-RPM

JAMES GARCIA,

      Plaintiff,

v.

EXCELACOM, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulation to Dismiss Complaint with Prejudice [23] filed on January 21, 2011, it is

      ORDERED that this action is dismissed with prejudice and without costs.

      DATED:   January 24th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge